UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

* * *

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs

**CEDDRICK DEMON MERCERY,**      Case No. 3:21-CR-00009-1-CAR-CHW

    **Defendant.**

---

**ORDER APPOINTING COUNSEL**

Upon consideration of the above-named defendant's request for appointment of legal counsel, and upon review of the Financial Affidavit submitted, the undersigned has determined that the defendant is financially unable to obtain adequate legal representation, requiring the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964. 18 U.S.C. § 3006A *et seq.*

Accordingly, Kamal Ghali is appointed to represent the legal interests of the defendant.

Pursuant to 28 U.S.C. § 1827, the Administrative Office of the United States Courts tests and certifies English to Spanish interpreters qualified to serve in the United States district courts. When there are no certified interpreters reasonably available, the Clerk secures the services of otherwise qualified interpreters as approved by the court.

It is the responsibility of defense attorneys in criminal cases, whether retained or court appointed counsel, to notify the court of the need for an interpreter before each conference, hearing or trial. Specifically, the defense counsel will either telephone or email the courtroom deputy for the magistrate judge or district judge who will be conducting the proceeding. This notice must be given to the courtroom deputy at least 48 hours in advance of any hearings and at least 30 days in advance of trial. Defense counsel should provide substantial additional notice if the non-English speaking defendant speaks a language other than Spanish.

Counsel is advised not to file motions for appointment of interpreters.

SO ORDERED AND DIRECTED February 25, 2021.

                                                    s/ Charles H Weigle
                                                  U. S. MAGISTRATE JUDGE