IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : SECOND SUPERSEDING INDICTMENT |
| | : |
| CEDDRICK DEMON MERCERY | : CRIMINAL NO. 3:21-CR-9(CAR) |
| a/k/a "STUNT," | : |
| | : VIOLATION(S): |
| Defendant. | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(a)(2) |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

That on or about August 25, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CEDDRICK MERCERY a/k/a "STUNT,"**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) BCM Rifle Company MK18 5.56 NATO caliber rifle, Model: BCM4, SN: W13361; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
### (POSSESSION OF FIREARM BY A CONVICTED FELON)

That on or about October 26, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CEDDRICK MERCERY a/k/a "STUNT,"**

1

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: DLM710; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
## (POSSESSION OF FIREARM BY A CONVICTED FELON)

That on or about September 23, 2020, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### CEDDRICK MERCERY a/k/a "STUNT,"

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
## (POSSESSION OF FIREARM BY A CONVICTED FELON)

That on or about August 21, 2019, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### CEDDRICK MERCERY a/k/a "STUNT,"

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) KelTec 9mm pistol, Model: P11, Serial Number: AA8B64, and one (1) Glock 9mm pistol, Model: 43, Serial Number: BDRC114; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegation contained in Counts Two, Three, and Four of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), including, but not limited to the following: one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: DLM710, with an extended magazine, one (1) Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496, and one (1) KelTec 9mm pistol, Model: P11, Serial Number: AA8B64.

2. Upon conviction of the offenses in Counts Two, Three, and Four in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as set forth in Counts Two, Three, and Four of this Indictment, the defendant,

**CEDDRICK MERCERY,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ *Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ____ day of February, AD 2022.

Deputy Clerk