# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : **SECOND SUPERSEDING INDICTMENT** |
| **v.** | : **Case No. 3:21-CR-9** |
| **CEDDRICK DEMON MERCERY,** | : |
| Defendant. | : |

## SUMMARY OF TESTIMONY OF EXPERT WITNESS
## ACCPD MASTER POLICE OFFICER AMANDA BLAIR

The United States will offer expert testimony from Athens-Clarke County Police Department ("ACCPD") Master Police Officer Amanda Blair. As part of her duties with ACCPD, Officer Blair is assigned to the Forensics Unit. She has been employed by ACCPD since November 2010 and has been assigned to the Forensics Unit since February 2016, where her duties include processing evidence for latent fingerprints and conducting latent fingerprint comparisons. Officer Blair has advanced certification as a latent print examiner, and she is a frequent presenter and adjunct instructor in the area of forensics and crime scene processing. As detailed below, she has extensive training in latent print examinations:

| Date | Law Enforcement Training Course | Course Hours |
|---|---|---|
| November 18, 2020 | Latent Fingerprint Examiner Cert. Test | 4 |
| December 4, 2019 | Latent Print Examiner Training | 8 |
| October 26, 2018 | Latent Print Expert Testimony | 40 |
| September 7, 2018 | Advanced Friction Ridge Analysis | 40 |
| April 13, 2018 | Palm Print Comparisons | 40 |
| March 9, 2018 | Intermediate Friction Ridge Analysis II | 40 |
| January 12, 2018 | Intermediate Friction Ridge Analysis I | 40 |
| February 4, 2016 | Friction Ridge Comparisons | 24 |
| July 31, 2015 | Fingerprint Classification | 40 |
| July 30, 2014 | Latent Print Development Technique | 24 |

Officer Blair's curriculum vitae ("CV") outlining her qualifications and a copy of her expert findings have already been provided to the Defendant in the discovery process. As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Officer Blair will testify about at the trial of the above-styled case:

Officer Blair will testify that she examined a latent print lifted off a "Digiweigh digital scale" by ACCPD Det. Molly Lacey on September 5, 2019.[1] Using the known exemplar palm prints for **MERCERY (SID: 3802158J)** and the latent print lifted from the digital scale, Officer Blair concluded that both prints had "a great deal of corresponding ridge detail with no differences that would indicate they were made by differing palms."

RESPECTFULLY SUBMITTED, this 12th day of April, 2022.

           PETER D. LEARY
           UNITED STATES ATTORNEY
           MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No. 153001
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       E-mail: Mike.Morrison@usdoj.gov

---

[1] The Digiweigh digital scale was located in a Honda Accord that Defendant was driving on August 21, 2019, prior to fleeing on foot from ACCPD Officer Hunter Blackmon. It is the Government's contention that during the flight, Defendant discarded a Glock 9mm pistol and a KelTec 9mm pistol – both of which he is charged with possessing as a prohibited person in Count 4 of the Second Superseding Indictment.

**CERTIFICATE OF SERVICE**

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 12th day of April, 2022, I electronically filed the within and foregoing **Summary of Testimony of Expert Witness ACCPD Officer Amanda Blair** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: *s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
E-mail: Mike.Morrison@usdoj.gov