# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : SECOND SUPERSEDING INDICTMENT |
| v. | : Case No. 3:21-CR-9 |
| **CEDDRICK DEMON MERCERY,** | : |
| Defendant. | : |

## SUMMARY OF TESTIMONY OF EXPERT WITNESS
## ATF SPECIAL AGENT BRIAN MOORE

The United States will offer expert testimony from witness Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Special Agent Brian Moore. As part of his duties with the ATF, Agent Moore is a Firearms Interstate Nexus Expert. He has been employed with the ATF since 2010. Prior to his employment as a Special Agent with the ATF, he was employed for 14 years with the Cobb County Police Department. Agent Moore's curriculum vitae ("CV") outlining his qualifications, as well as a copy of his expert findings, have been provided to the Defendant in the discovery process. As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Agent Moore will testify about at the trial of the above-styled case:

Agent Moore will testify that he examined three (3) of the firearms at issue in this case, which are described below, to determine whether the firearms had moved in interstate and/or foreign commerce.

1) Glock, Model: 22, .40 caliber pistol, Serial Number: DLM710US;

2) Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496; and

3) KelTec 9mm pistol, Model: P11, Serial Number: AA8B64.

Agent Moore will testify that in addition to conducting physical examinations, the firearms were researched by referencing the ATF list of firearm manufacturers, the *Blue Book of Gun Values* (Thirty-Ninth Edition).  Based upon the physical examinations of the firearms, in conjunction with his research, knowledge and experience, Agent Moore will testify that he formed the expert opinion that the firearms referenced above moved in interstate and/or foreign commerce and were manufactured in Florida (Kel-Tec 9mm pistol), Brazil (Taurus .40 cal. pistol), and Austria (Glock .40 cal. pistol).

RESPECTFULLY SUBMITTED, this 12th day of April, 2022.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
E-mail: Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 12th day of April, 2022, I electronically filed the within and foregoing *Summary of Testimony of Expert Witness ATF Special Agent Brian Moore* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No. 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        E-mail: Mike.Morrison@usdoj.gov