# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : SECOND SUPERSEDING INDICTMENT |
| v. | : Case No. 3:21-CR-9 |
| CEDDRICK DEMON MERCERY, | : |
| Defendant. | : |

## SUMMARY OF TESTIMONY OF EXPERT WITNESS
## FBI FIREARM AND TOOLMARK EXAMINER AIMEE QULIA

The United States will offer expert testimony from witness Federal Bureau of Investigation ("FBI") Firearm and Toolmark Examiner Aimee Qulia. As part of her official duties with the FBI, Aimee Qulia has been assigned to the FBI Laboratory – Firearms/Toolmarks Unit in Quantico, VA, since 2015. Prior to working in the Firearms/Toolmarks Unit, Aimee Qulia was assigned for approximately 10 years to the FBI Latent Print Operations Unit.

Prior to his employment with the FBI, Erik Carpenter was employed from 1996-2000 as a Special Police Officer with the George Washington University Police Department. Erik Carpenter has a Bachelor of Science Degree in Chemistry from Hope College, in Holland, Michigan, and a Master of Forensic Sciences Degree from George Washington University, in Washington, D.C.

Aimee Qulia's curriculum vitae ("CV") outlining her qualifications and a copy of her expert findings have already been provided to the Defendant in the discovery process. As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Aimee Qulia will testify about at the trial of the above-styled case:

Aimee Qulia will testify that she examined three .40 S&W caliber cartridge cases (identified as Items 117, 118, and 119) which she determined were fired from a Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496 (Item 113).[1]

RESPECTFULLY SUBMITTED, this 12th day of April, 2022.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY: *s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
E-mail: Mike.Morrison@usdoj.gov

---

[1] The three .40 S&W caliber cartridge cases (Items 117, 118, and 119) were collected from the ground at the intersection of Loblolly Drive and Freeman Drive in Athens, which was the scene of the attempted shooting of the "repo men" on September 23, 2020. The Taurus .40 caliber pistol (Item 113) was located on September 24, 2020, in front of an apartment building on College Avenue in Athens, which the Government contends was discarded by Defendant Mercery as he fled from law enforcement following the "repo men" shooting the night before.

**CERTIFICATE OF SERVICE**

    I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 12th day of April, 2022, I electronically filed the within and foregoing **Summary of Testimony of Expert Witness FBI Firearm and Toolmark Examiner Aimee Qulia** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                              PETER D. LEARY
                              UNITED STATES ATTORNEY
                              MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No. 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        E-mail: Mike.Morrison@usdoj.gov