### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : SECOND SUPERSEDING INDICTMENT |
| | : |
| v. | : Case No. 3:21-CR-9 |
| | : |
| **CEDDRICK DEMON MERCERY,** | : |
| | : |
| Defendant. | : |
| _____ | : |

### SUMMARY OF TESTIMONY OF EXPERT WITNESS
### FBI BIOLOGIST – FORENSIC EXAMINER ELIZABETH A. TALLEY

The United States will offer expert testimony from witness Federal Bureau of Investigation ("FBI") Biologist – Forensic Examiner Elizabeth A. Talley. Elizabeth Talley has been assigned to the FBI Laboratory – DNA Casework Unit in Quantico, Virginia since January of 2017. Prior to her employment with the FBI, she worked as a Criminalist – DNA Analyst with the Houston Forensic Science Center-Biology section in Houston, Texas. Elizabeth Talley is certified in Forensic Molecular Biology by the American Board of Criminalistics and is a member of the Association of the Forensics DNA Analysts and Administrators. In the past two years, she has testified as an expert in Forensic DNA and/or Serology Analyses in four different trials in United States District Courts. She has testified as an expert in Forensic DNA Analysis in approximately twelve trials in the Harris County District Court in Houston, Texas.

Elizabeth Talley's curriculum vitae ("CV") outlining her qualifications and a copy of her expert findings have already been provided to the Defendant in the discovery process. As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Elizabeth Talley will testify about at the trial of the above-styled case:

Elizabeth Talley will testify that she conducted serological testing and/or nuclear deoxyribonucleic acid (DNA) analysis on a pistol (Item 112)[1] and a buccal sample collected from Ceddrick Demon Mercery (Item 114).  Probabilistic genotyping was performed using STRmix™ software.  Swabbing of textured areas on the pistol – which was designated as Item 112(1) – revealed the presence of male DNA, which Elizabeth Talley interpreted as originating from three individuals.  Elizabeth Talley determined that the DNA results from Item 112(1) were 210 octillion times more likely if Ceddrick Demon Mercery and two unknown, unrelated people were contributors than if three unknown, unrelated people were contributors.

RESPECTFULLY SUBMITTED, this 12th day of April, 2022.

                PETER D. LEARY
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No. 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        E-mail: Mike.Morrison@usdoj.gov

---

[1] Item 112 is the Glock, Model: 22, .40 caliber pistol, Serial Number: DLM710, which was located on October 26, 2020, on top of a kitchen cabinet in Shownica Hull's apartment on October 26, 2020.

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 12th day of April, 2022, I electronically filed the within and foregoing **Summary of Testimony of Expert Witness FBI Biologist – Forensic Examiner Elizabeth A. Talley** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                PETER D. LEARY
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY: *s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No. 153001
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       E-mail: Mike.Morrison@usdoj.gov