# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : SECOND SUPERSEDING INDICTMENT |
| v. | : Case No. 3:21-CR-9 |
| **CEDDRICK DEMON MERCERY,** | : |
| Defendant. | : |

## SUMMARY OF TESTIMONY OF EXPERT WITNESS
## FBI PHYSICAL SCIENTIST / FORENSIC EXAMINER ERIK A. CARPENTER

The United States will offer expert testimony from witness Federal Bureau of Investigation ("FBI") Physical Scientist / Forensic Examiner Erik A. Carpenter.  As part of his official duties with the FBI, Erik Carpenter is assigned to the FBI Laboratory – Latent Print Operations Unit ("LPOU"), where he is tasked with examining evidence for latent prints and comparing those latent prints with the prints of known individuals.  Erik Carpenter has been qualified as an expert witness in both federal and state courts in the discipline of latent prints.  Erik Carpenter has been employed by the FBI and assigned to the LPOU since April of 2000.

Prior to his employment with the FBI, Erik Carpenter was employed from 1996-2000 as a Special Police Officer with the George Washington University Police Department.  Erik Carpenter has a Bachelor of Science Degree in Chemistry from Hope College, in Holland, Michigan, and a Master of Forensic Sciences Degree from George Washington University, in Washington, D.C.

Erik Carpenter's curriculum vitae ("CV") outlining his qualifications and a copy of his expert findings have already been provided to the Defendant in the discovery process.  As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what FBI

Physical Scientist / Forensic Examiner Erik Carpenter will testify about at the trial of the above-styled case:

Erik Carpenter will testify that he examined a latent friction ridge print lifted off a handgun magazine (Item 113-1), which matched a known fingerprint belonging to Defendant Ceddrick Mercery contained in the FBI's national friction ridge print database known as the Next Generation Identification system ("NGI").[1]  FBI latent print examiner Nicole Cover conducted a blind verification and reached the same conclusion as Erik Carpenter.

RESPECTFULLY SUBMITTED, this 12th day of April, 2022.

                PETER D. LEARY
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No. 153001
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       E-mail: Mike.Morrison@usdoj.gov

---

[1] The magazine (Item 113-1) came from the Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496 (Item 113) located on September 24, 2020, in front of an apartment building on College Avenue in Athens, which the Government contends was discarded by Defendant Mercery as he fled from law enforcement following the "repo men" shooting the night before.

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 12th day of April, 2022, I electronically filed the within and foregoing **Summary of Testimony of Expert Witness FBI Physical Scientist / Forensic Examiner Erik A. Carpenter** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                PETER D. LEARY
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY: *s/ Michael D. Morrison*
       MICHAEL D. MORRISON
       Assistant United States Attorney
       Georgia Bar No. 153001
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       E-mail: Mike.Morrison@usdoj.gov