IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-9-CAR-CHW-1 |
| CEDDRICK DEMON MERCERY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON JOINT MOTION TO CONTINUE TRIAL

Before the Court is the parties' Joint Motion for Continuance [Doc. 67] of the pretrial hearing in this case presently scheduled for May 18, 2022, and the trial, which is set to begin on June 6, 2022, in Athens, Georgia. On February 10, 2021, the Grand Jury returned an indictment charging Defendant Ceddrick Demon Mercery with two counts of possession of a firearm by a convicted felon. On February 25, 2021, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial. On July 8, 2021, the grand jury returned a superseding indictment charging Defendant with a third count of possession of a firearm by a convicted felon. On February 9, 2022, the Government obtained a second superseding indictment charging Defendant with a fourth count of possession of a firearm by a convicted felon. This case has been previously continued.

In their Motion, the parties represent that additional time is needed to prepare for trial. The Government has indicated that it is still waiting on additional materials

including a ballistics report, and Defendant needs additional time to review the Government's expert disclosures, determine whether he requires the assistance of additional experts, to review discovery, and identify other potential witnesses in his defense.

The Court finds it serves the ends of justice to allow the parties additional time to address these issues. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the parties' Joint Motion to Continue [Doc. 67] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until August 8, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 12th day of May, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT