# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| | ) 3:21-CR-00009-1-CAR-CHW |
| CEDDRICK DEMON MERCERY, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AMANDA BRADLEY AS COUNSEL FOR DEFENDANT

Comes now Defendant, Ceddrick Demon Mercery, by and through counsel listed below, moves the court to withdraw attorney Amanda Bradley as co-counsel of record for Defendant Ceddrick Demon Mercery. Ms. Bradley is a former associate of Bondurant Mixson & Elmore, LLP and is currently a law clerk for the United States District Court for Northern District of Georgia.

Respectfully submitted this 13th day of June, 2022.

Agreed and Consented to by:

*/s/ Amanda D. Bradley*  
Georgia Bar No. 560602  
Telephone: 648-427-7652  

*/s/ E. Allen Page*  
Kamal Ghali  
Georgia Bar No. 805055  
E. Allen Page  
Georgia Bar No. 640163

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309
Telephone:  404-881-4100
Facsimile:  404-881-4111
E-mail:     ghali@bmelaw.com
E-mail:     page@bmelaw.com

*Attorneys for Defendant*

#3391888v1

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2022, a copy of the foregoing MOTION TO WITHDRAW AMANDA BRADLEY AS COUNSEL FOR DEFENDANT was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will automatically serve all counsel of record.

*/s/ E. Allen Page*
E. Allen Page
Georgia Bar No. 650163