IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:21-CR-9 (CAR) |
| | ) |
| CEDDRICK MERCERY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT CEDDRICK MERCERY'S
MOTION TO CONTINUE PRETRIAL CONFERENCE**

Defendant Ceddrick Mercery, by and through his counsel, respectfully requests that the Court continue the pretrial conference from July 21st. Counsel for Mr. Mercery has a conflict that date. The Government has consented to counsel's request to an extension. Counsel requests a pretrial conference date of July 29th. Mr. Mercery does not seek to continue the trial date.

Respectfully submitted this 13th day of July, 2022.

                                              By:    */s/ Allen Page*
                                                          Kamal Ghali
                                                        Ga. Bar No. 805055
                                                        E. Allen Page
                                                        Ga. Bar No. 640163
                                                        Attorneys for Defendant

BONDURANT MIXSON & ELMORE LLP
One Atlantic Center, Suite 3900
1201 West Peachtree Street NW
Atlanta, GA 30309
P: 404.881.4173
F: 404.881.4111
Email: ghali@bmelaw.com
Email: page@bmelaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2022, I electronically filed the MOTION TO CONTINUE PRETRIAL CONFERENCE with the Clerk of the Court using the CM/ECF system.

*/s/ Allen Page*
E. Allen Page
Ga. Bar No. 640163