IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-9-CAR-CHW-1 |
| CEDDRICK DEMON MERCERY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Before the Court is Defendant Ceddrick Mercery's Motion to Continue [Doc. 65] the pretrial hearing in this case presently scheduled for July 21, 2022. On February 10, 2021, the Grand Jury returned an indictment charging Defendant Ceddrick Demon Mercery with two counts of possession of a firearm by a convicted felon. On February 25, 2021, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial. On July 8, 2021, the grand jury returned a superseding indictment charging Defendant with a third count of possession of a firearm by a convicted felon. On February 9, 2022, the Government obtained a second superseding indictment charging Defendant with a fourth count of possession of a firearm by a convicted felon.

On May 12, 2022, this Court continued the trial of this case to the Court's August 8, 2022 trial term, finding that the ends of justice served by granting a continuance outweighed the interests of Defendant and the public in a speedy trial. Thereafter, the

1

Court set the case for trial to begin on August 29, 2022. Defendant has a motion to suppress currently pending before this Court.

Defendant's Motion to Continue the pretrial hearing [Doc. 65] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until August 29, 2022, the date this case is scheduled for trial. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The Court will notify the parties of the pretrial hearing date.

**SO ORDERED,** this 13th day of July, 2022.

S/ C. Ashley Royal<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT