# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 3:21-CR-9(CAR) |
| vs. | : |
| **CEDDRICK DEMON MERCERY** | : |

### GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

COMES NOW the United States of America (hereinafter "Government"), by and through the United States Attorney for the Middle District of Georgia, and moves pursuant to Federal Rules of Criminal Procedure 16(b)(1) to require Defendant Ceddrick Demon Mercery ("Defendant") to produce and disclose the following:

1. **Documents and Tangible Objects.** Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial. *See* Fed. R. Crim. P. 16(b)(1)(A).

2. **Reports of Examinations and Tests.** Results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case within the possession, custody, or control of Defendant that Defendant intends to introduce in his case-in-chief at the trial or that relate to the testimony of and were prepared by a witness Defendant intends to call at trial. *See* Fed. R. Crim. P. 16(b)(1)(B).

3. **Expert Witnesses.** A written summary of any evidence Defendant intends to offer under Rules 702, 703 or 705 of the Federal Rules of Evidence as evidence at trial, describing the

expert witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. *See* Fed. R. Crim. P. 16(b)(1)(C).

WHEREFORE, the Government prays that Defendant be required to produce all items referred to above.

RESPECTFULLY SUBMITTED, this 25th day of July, 2022.

> PETER D. LEARY
> UNITED STATES ATTORNEY
> MIDDLE DISTRICT OF GEORGIA
>
> */s/ Michael D. Morrison*
> Michael D. Morrison
> Assistant United States Attorney
> Georgia Bar No. 153001
> United States Attorney's Office
> Middle District of Georgia
> Post Office Box 1702
> Macon, Georgia 31202-1702
> Telephone: (478) 752-3511
> E-mail: Mike.Morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 25th day of July, 2022, I electronically filed the within and foregoing **Government's Motion for Reciprocal Discovery** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY:   *s/ Michael D. Morrison*
Michael D. Morrison
Assistant United States Attorney
Georgia Bar No. 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
E-mail: Mike.Morrison@usdoj.gov