IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 3:21-CR-9 |
| | : | |
| CEDDRICK DEMON MERCERY, | : | |
| | : | |
| Defendant. | : | |

## SUMMARY OF TESTIMONY OF EXPERT WITNESS
## FBI FIREARM AND TOOLMARK EXAMINER BRYCE ZIEGLER

The United States will offer expert testimony from witness FBI Firearm and Toolmark Unit Examiner Bryce Ziegler ("Examiner Ziegler"). As part of his official duties with the FBI, Examiner Ziegler has been assigned to the FBI Laboratory's Firearms/Toolmarks Unit in Quantico, VA, since February 2015. Prior to working in the Firearms/Toolmarks Unit, Examiner Ziegler worked from August 2011 to February 2015 as a Biologist assigned to the FBI's DNA Database Unit in Quantico, VA. Examiner Ziegler has a Bachelor of Science (B.S.) in Forensic Science from Pennsylvania State University. Furthermore, he has testified several times in both state and federal courts as an expert in the areas of Firearms Identification, Firearms Function, and Shooting Incident Reconstruction. Examiner Ziegler's curriculum vitae ("CV") outlining his qualifications is attached hereto as "**Government Exhibit A**." As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Examiner Ziegler will testify about at the trial of the above-styled case:

Examiner Ziegler will testify that he was provided and examined 12 cartridge casings (Items 1-12), which he compared to a KelTec 9mm pistol, Model: P-11, Serial Number: AA8B64 (Item 13) to determine if the cartridge cases (Items 1-12) were fired from the KelTec

pistol (Item 13). Examiner Ziegler identified six cartridge cases (Items 1-6)[1] as being fired from the KelTec pistol (Item 13).  Examiner Ziegler eliminated six cartridge cases (Items 7-12) as being fired from the KelTec pistol (Item 13).  A copy of Examiner Ziegler's expert findings (his official FBI report) is attached hereto as "**Government Exhibit B**" and is incorporated by reference herein and made a part hereof.

      RESPECTFULLY SUBMITTED, this 29th day of July, 2022.

      PETER D. LEARY
      UNITED STATES ATTORNEY
      MIDDLE DISTRICT OF GEORGIA

      */s/ Michael D. Morrison*
      MICHAEL D. MORRISON
      Assistant United States Attorney
      Georgia Bar No. 153001
      United States Attorney's Office
      Middle District of Georgia
      Post Office Box 1702
      Macon, Georgia 31202-1702
      Telephone: (478) 752-3511
      E-mail: Mike.Morrison@usdoj.gov

---

[1] Items 1 and 2 are Federal ammunition brand 9mm cartridge cases which were test fired at the FBI laboratory from the KelTec pistol (Item 113).  The KelTec pistol was seized by ACCPD Ofc. Blackmon on August 21, 2019, on Spring Circle in Athens following a vehicle and then foot pursuit of Defendant.  Items 3-6 are Prvi Partizan (PPU) ammunition brand 9mm cartridge cases, which were collected from Langford Court in Athens on August 18, 2019. Items 7-12 are Remington and Aguila ammunition 9mm cartridge cases, which were also collected from Langford Court on August 18, 2019.

# **CERTIFICATE OF SERVICE**

I, Michael D. Morrison, hereby certify that on the 29th day of July, 2022, I electronically filed the *Summary of Testimony of Expert Witness FBI Firearm and Toolmark Examiner Bryce Ziegler* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

*/s/ Michael D. Morrison*
BY: Michael D. Morrison
Assistant United States Attorney
Georgia Bar Number 153001
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Fax: (478) 621-2655
Email: Mike.Morrison@usdoj.gov