# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 3:21-CR-9 |
| | : |
| **CEDDRICK DEMON MERCERY,** | : |
| | : |
| Defendant. | : |
| _____ | : |

## SECOND AND CORRECTED SUMMARY OF TESTIMONY OF EXPERT WITNESS FBI FIREARM AND TOOLMARK EXAMINER AIMEE QULIA

The United States will offer expert testimony from witness Federal Bureau of Investigation ("FBI") Firearm and Toolmark Examiner Aimee Qulia ("Examiner Qulia"). On April 12, 2022, the Government filed a Summary of Testimony for Aimee Qulia (Doc. 63) which contained incorrect information.[1] This Second and Corrected Summary supplants the previously filed document.

As part of her official duties with the FBI, Examiner Qulia has been assigned to the FBI Laboratory – Firearms/Toolmarks Unit in Quantico, VA, since 2015. As a Forensic Examiner in the FBI laboratory, which is an ANSI National Accreditation Board (ANAB) accredited laboratory,[2] examinations in the FBI Firearms/Toolmarks Unit are performed under a documented quality assurance program that includes annual proficiency testing, technical and administrative reviews, and adherence to standard operating procedures. Examiner Qulia has been admitted as an

---

[1] In Doc. 63, the undersigned prosecutor mistakenly included information ("cut and paste" errors) from FBI Examiner Erik Carpenter's summary of expert testimony.

[2] ANAB is the largest accreditation body in North America and provides services in more than 75 countries.

expert witness in both state and federal courts. Most recently, she testified in December 2021 in the U.S. District Court for the Eastern District of Oklahoma as an expert witness in the field of firearms identification in the case of *United States v. Amanda Edith Winship*; and in July 2021 in the U.S. District Court for Puerto Rico as an expert witness in the field of firearms functioning in the case of *United States v. Jean Carlos Polaco-Hance*.

Examiner Qulia has a Bachelor of Science Degree (BS) in Ecology and Evolutionary Biology from the University of Tennessee and a Master of Science (MS) in Forensic Science from the University of Florida. Additionally, she is a provisional member of the Association of Firearms and Tool Marks Examiners (AFTE).  Prior to working in the Firearms/Toolmarks Unit, Examiner Qulia was employed for approximately 10 years as forensic examiner in the FBI Latent Print Operations Unit.

Aimee Qulia's curriculum vitae ("CV") outlining her qualifications and a copy of her expert findings have already been provided to the Defendant in the discovery process but are provided again and attached hereto as "**Government Exhibit A**" and "**Government Exhibit B**," respectively. As required by Rule 16 of the Federal Rules of Criminal Procedure, the following is a summary of what Aimee Qulia will testify about at the trial of the above-styled case:

Aimee Qulia will testify that she was provided and examined three .40 S&W caliber cartridge cases (identified as Items 117, 118, and 119) which she determined were fired from a Taurus .40 caliber pistol, Model: G2C, Serial Number: AAM123496 (Item 113).[3]

---

[3] The three .40 S&W caliber cartridge cases (Items 117, 118, and 119) were collected from the ground at the intersection of Loblolly Drive and Freeman Drive in Athens, which was the scene of the attempted shooting of the "repo men" on September 23, 2020.  The Taurus .40 caliber pistol (Item 113) was located on September 24, 2020, in front of an apartment building on College Avenue in Athens, which the Government contends was discarded by Defendant Mercery as he fled from law enforcement following the "repo men" shooting the night before.

RESPECTFULLY SUBMITTED, this 29th day of July, 2022.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:  *s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No. 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        E-mail: Mike.Morrison@usdoj.gov

**CERTIFICATE OF SERVICE**

I, MICHAEL D. MORRISON, Assistant United States Attorney, hereby certify that on the 29th day of July, 2022, I electronically filed the within and foregoing *Second and Corrected Summary of Testimony of Expert Witness FBI Firearm and Toolmark Examiner Aimee Qulia* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

BY:  */s/ Michael D. Morrison*
        MICHAEL D. MORRISON
        Assistant United States Attorney
        Georgia Bar No. 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        E-mail: Mike.Morrison@usdoj.gov