## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL NO. 3:21-CR-9 (CAR)** |
| : | |
| **CEDDRICK DEMON MERCERY,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF INTENTION TO INTRODUCE
### EVIDENCE PURSUANT TO FED. R. EVID. 902(11) and 803(6)

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia and hereby gives notice of its intention to introduce evidence of records of regularly conducted activity pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence. The business records are described as Apple Inc. ("Apple") records for Defendant Ceddrick Demon Mercery's Apple iCloud account (Person ID: 17255821891) for the period of 09-23-2020 to 12-23-2020. The authenticity of these records is established pursuant to the Certification of Apple Inc. Custodian of Records signed by Samantha Tagle, Legal Specialist, Apple Inc. (attached hereto as "**Government Exhibit A**"). The Apple iCloud records were previously served on Defendant during the discovery process.

RESPECTFULLY SUBMITTED, this 3rd day of August, 2022.

                          PETER D. LEARY
                          UNITED STATES ATTORNEY

                          ***/s/ Michael D. Morrison***
BY:   Michael Morrison
       Assistant United States Attorney
       Georgia Bar Number 153001
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Fax: (478) 621-2655
       Email: mike.morrison@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael D. Morrison, hereby certify that on the 3rd day of August, 2022, I electronically filed the NOTICE OF INTENTION TO INTRODUCE EVIDENCE PURSUANT TO FED. R. EVID. 902(11) and 803(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

                                        PETER D. LEARY
                                        UNITED STATES ATTORNEY

                                        */s/ Michael D. Morrison*
BY:    Michael D. Morrison
        Assistant United States Attorney
        Georgia Bar Number 153001
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Fax: (478) 621-2655
        Email: mike.morrison@usdoj.gov