# CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Samantha Tagle hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL produced on December 18, 2020 in response to the legal process served on Apple on December 15, 2020. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

    a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

    b. kept in the course of a regularly conducted activity of Apple's business; and

    c. made as part of a regular practice of the activity of Apple's business.



GOVERNMENT EXHIBIT
A

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED: December 18, 2020     **APPLE INC.**

By: *Samantha Tagle*
Name: Samantha Tagle
Title: Legal Specialist, Apple Inc.