IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:21-CR-9 (CAR) |
| | ) | |
| CEDDRICK MERCERY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT CEDDRICK MERCERY'S SUMMARY OF TESTIMONY OF
REBUTTAL EXPERT DNA WITNESS DR. ROBERT BENJAMIN**

Mr. Mercery will offer testimony from expert witness Dr. Robert Benjamin.

Should the Court determine that DNA analysis is a reliable methodology,[1] Dr.

Benjamin qualified to testify. *See* Benjamin CV, attached as **Exhibit A**. Depending

on the nature of the Government's expert's testimony, Dr. Benjamin will be

prepared to testify based on the Government's expert report that the DNA found

on the gun is inconsistent with physical handling.

Respectfully submitted this 12th day of August, 2022.

*Signatures appear on the following page.*

---

[1] At this stage, Mr. Mercery maintains that the methodology applied by the Government's expert witness (which is the same methodology employed by Mr. Mercery's expert) is unreliable in general or that the witness did not reliably apply the methodology to this case.

*/s/ E. Allen Page*
Kamal Ghali
Ga. Bar No. 805055
E. Allen Page
Ga. Bar No. 640163
*Attorneys for Defendant*
**BONDURANT MIXSON & ELMORE LLP**
One Atlantic Center, Suite 3900
1201 West Peachtree Street NW
Atlanta, GA 30309
P: 404.881.4167
F: 404.881.4111
Email: ghali@bmelaw.com
Email: page@bmelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on today's date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ E. Allen Page
E. Allen Page
*Attorney for Defendant*
**BONDURANT MIXSON & ELMORE LLP**
One Atlantic Center, Suite 3900
1201 West Peachtree Street NW
Atlanta, GA 30309
P: 404.881.4167
F: 404.881.4111
Email: page@bmelaw.com