IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CEDDRICK DEMON MERCERY,** | : |
| Movant, | : |
| v. | : Case No. 3:21-cr-9-CAR-CHW-1 |
| **UNITED STATES OF AMERICA,** | : Proceedings Under 28 U.S.C. § 2255 |
| | : Before the U.S. Magistrate Judge |
| Respondent. | : |

## ORDER

Following a guilty plea to a superseding indictment (Docs. 53, 111, 112), the Court sentenced Movant Ceddrick Demon Mercery on November 9, 2022 (Doc. 119), and entered judgment on November 15, 2022. (Doc. 120). Mercery did not appeal. Over two years later, Mercery filed a Motion to Vacate pursuant to 28 U.S.C. § 2255. (Doc. 131). However, he failed to use the standard form and to address why his § 2255 motion would be timely. (*Id*.) On February 3, 2025, the Court ordered Mercery to recast his motion on the standard form within 30 days. (Doc. 132). Mercery did not recast his § 2255 motion as directed.

Mercery is hereby **ORDERED AND DIRECTED TO SHOW CAUSE** to the Court **on or before August 22, 2025,** why his § 2255 motion should not be dismissed for failure to prosecute and to follow this Court's orders. Mercery is **ADVISED** that his failure to file a written response to this Order on or before the above-listed date will result in an immediate recommendation of dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED AND DIRECTED**, this 30th day of July, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge