# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **CEDDRICK DEMON MERCERY,** | : | |
| | : | |
| Movant, | : | |
| | : | Case No. 3:21-CR-9-CAR-CHW-1 |
| v. | : | |
| | : | Proceeding Under 28 U.S.C. § 2255 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation to dismiss without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure Movant Ceddrick Demon Mercery's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255. Petitioner has not objected to the Recommendation, and the time in which to do so has expired.[1] Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Report and Recommendation [Doc. 134] is hereby **ADOPTED** and **MADE THE ORDER**

---

[1] Movant has filed three letters with the Court requesting guidance of qualifying for any new amendments under the Federal Sentencing Guidelines [Doc. 135], copies of the docket sheet, plea agreement, and statement of reasons [Doc. 136], and seeking credit for time served [Doc. 138]. Movant did not object to the Report and Recommendation.

1

**OF THE COURT**. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES without prejudice** Movant's Motion to Vacate [Doc. 131] for failure to prosecute pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure. Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

    **SO ORDERED** this 28th day of January, 2026.

                                          S/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT